IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-02873-EAG13 |
|---|---|
| LYDIA IDANIS OTERO ENCARNACION | Chapter 13 |
| xx-xx-5311 | |
| Debtor(s) | FILED & ENTERED ON NOV/29/2021 |

**O R D E R**

Debtor to supplement within 14 days the Motion to File Claim After Claims Bar Date (docket #66) pursuant to PR LBR 9013-1(c)(1) with the corresponding objection language and giving notice to all parties in interest. The debtor's supplement must also address the issues raised by the 13 trustee in his report on confirmation at docket #67.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 29 day of November, 2021.

*Edward A. Godoy*
United States Bankruptcy Judge