**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

### *Hearing Information:*

**Debtor**: LYDIA IDANIS OTERO ENCARNACION
**Case Number**: 20-02873-EAG13    **Chapter:** 13
**Date / Time / Room**: 01/27/2022 01:30 pm
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: YOLANDA DIAZ
**Reporter / ECR**: GRACIELA MUNIZ

### *Matter:*

CONFIRMATION HEARING OF AMENDED PLAN DATED 11/16/2021 (#69)
OBJECTION TO CONFIRMATION FILED BY FEDERICO ROBLES COLLAZO (#84)

### *Appearances:*

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW
LISSETTE A. MORALES VIDAL for creditor Federico Robles Collazo

### *Proceedings:*

**ORDER:**

The confirmation of debtor's amended plan dated November 16, 2021 (docket #69) is denied. PR LBR 3015-3(g) applies with a 14-day objection language. Order due by February 10, 2021. The Clerk is to follow up by February 15, 2022. If no compliance, dismiss the case without further notice or hearing. If complies, follow the standard procedures.

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge