IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

| | |
|---|---|
| In the Matter of:<br><br>**LYDIA IDANIS OTERO ENCARNACION**<br><br>SSN: XXX-XX-1053<br><br>Debtor(s) | Case No. 20-02873 EAG<br><br>Chapter 13 |

**MOTION TO SUPPLEMENT MOTION FILED ON 11/17/2021 (DOCKET #66)**

**TO THE HONORABLE COURT:**

**The undersigned, attorney for the above-named debtor, notifies the Court as follows,**

1. On 11/17/2021 debtor filed a motion requesting extension of time to allow a late filing of claims on behalf of creditors Condominio Veredas del Mar and Federico Robles (DOCKET #66). The court notified the debtor that the motion did not comply with PR Bankruptcy Rule 9013(c)(1) and should supplement the motion with the corresponding time language.

2. In order to comply with the notice requirement, debtor hereby informs that a copy of the motion in docket #66 was mailed again on this date thorough the Federal Postal Service including a copy of present motion with the appropriate notice.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and

**file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.**

**WHEREFORE,** we respectfully request from this Honorable Court to take notice of the informed.

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Office of the US Trustee, to Chapter 13 trustee Alejandro Oliveras Rivera, to Condominio Veredas del Mar and other parties in the case as per Master Address List by the CM/ECF system.

Creditor Condomio Veredas del Mar and Non ECF participant creditors have also been notified using the Federal Postal Service. Correct Address of Condomino Veredas del Mar 6309 Cond Veredas del Mar Vega Baja PR 00693 as disclosed by his attorney Luis Molero Rabasa.

In Vega Baja, Puerto Rico, this day February 14, 2022.

        S/ Juan O Calderon Lithgow
        JUAN O. CALDERON LITHGOW
        ATTORNEY FOR DEBTOR, 205607
        PO BOX 1710
        VEGA BAJA, PR 00694-1710
        TEL : 787- 858-5476
        email: caldlithlaw@gmail.com