IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LYDIA IDANIS OTERO ENCARNACION

CASE NO. 20-02873-EAG

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S POSITION AS TO**
**Motion Requesting Reschedule Of Confirmation**
**Hearing And Permission To Be Excused From**

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**,**

**ALLEGES, STATES** and **PRAYS:**

   On April 20, 2022, Debtor filed a/an Motion Requesting Reschedule Of Confirmation Hearing And Permission To Be Excused From Hearing. **(Docket no. 100)**. The Trustee has **no opposition** to said request.

   **WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 4/21/2022.

                                        /s/ ALEJANDRO OLIVERAS RIVERA
                                        ALEJANDRO OLIVERAS RIVERA
                                        STANDING CHAPTER 13 TRUSTEE
                                        PO BOX 9024062
                                        SAN JUAN PR 00902-4062
                                        TEL. (787)977-3500 FAX (787)977-3521
                                        LEGAL-MS