IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-02873-EAG13 |
| LYDIA IDANIS OTERO ENCARNACION | Chapter 13 |
| xx-xx-5311 | |
| Debtor(s) | FILED & ENTERED ON APR/21/2022 |

ORDER AND NOTICE

The debtor's motion requesting continuance of the confirmation hearing scheduled for April 21, 2022 at 1:30 p.m. (docket #100) is hereby granted. The confirmation hearing is hereby re-scheduled for June 23, 2022 at 1:30 PM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of April, 2022.

*Edward A. Godoy*
United States Bankruptcy Judge