# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF PUERTO RICO
## MINUTES OF HEARING

### *Hearing Information*

| | | | |
|---|---|---|---|
| **Debtor(s):** | LYDIA IDANIS OTERO ENCARNACION | **Case Number:** | 20-02873-EAG13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 08/25/2022 at 1:30 PM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. EDWARD A GODOY | **Reporter/ECR:** | MARIA TERESA FRONTERA |
| **Courtroom deputy:** | CARMEN BELEN FIGUEROA | | |

### *Matter:*

CONFIRMATION HEARING OF AMENDED PLAN DATED 8/15/2022 [docket #117]    MOTION TO DISMISS FILED BY FEDERICO ROBLES COLLAZO (docket #105) AND DEBTOR'S REPLY (docket #109)

### *Appearances:*

☐ Debtor                                               ☒ Trustee:  A. Oliveras

☒ Debtor's Attorney                         ☒ Creditors/Others: L. Morales for Federico Robles Collazo

### **Proceedings and ORDER:**

☒ Based on what was argued in open court, the debtor's arrears with her plan payments and what was proffered by the debtor, the creditor and the trustee, which the court accepts, the motion to dismiss filed by Federico Robles Collazo at docket #105 is granted.  The subject case is DISMISSED.

☒ The attorney's flat fee for $3,000.00 are hereby granted.

/S/ EDWARD A. GODOY
U.S. Bankruptcy Judge